FILED
John E. Triplett, Acting Clerk
United States District Court

By jburrell at 1:38 pm, May 28, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. | **4:20CR-046** |
|---|---|---|---|
| | ) | | |
| v. | ) | 18 U.S.C. § 1349 | |
| | ) | Attempt and conspiracy | |
| PAUL PENN | ) | | |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Count 1:**  **Attempt and conspiracy**
18 U.S.C. § 1349

- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than five (5) years of supervised release
- $100 special assessment

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ J. Thomas Clarkson*
Assistant United States Attorney
Georgia Bar No. 656069
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
Email: Thomas.Clarkson@usdoj.gov