# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 4:20cr46 | **DATE:** 06/29/2020 |
| **UNITED STATES OF AMERICA** | **TIME:** 9:08 - 9:32 a.m. |
| v. | **LOCATION:** Savannah |
| **PAUL PENN** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Molly Davenport |
| **Court Reporter:** FTR-SAV | **Interpreter/Law Clerk:** |
| **Probation Officer:** Arron Miller | **Security:** |

**Attorney(s) for Government:** John Clarkson

**Attorney(s) for Defendant:** Frank Strickland/William Dillon (retained - pro bono)

**PROCEEDINGS:** INITIAL APPEARANCE/ARRAIGNMENT

- [✓] Defendant advised of rights
- [✓] Defendant advised of charges and penalties
- [ ] Defendant qualifies for court appointed counsel
- [✓] Not guilty plea entered
- [✓] Defendant's pretrial motions due within __10__ days; Government response due 14 days thereafter.
- [ ] Government moves for detention:
    - [ ] Defendant requests 5 days to prepare for detention hearing
    - [ ] Government requests 3 days to prepare for detention hearing
    - [ ] Defendant waives detention hearing at this time
    - [ ] Detention hearing scheduled for:
    - [ ] Detention hearing held.
- [✓] Defendant released on an Appearance Bond
- [ ] Defendant released with supervision
- [ ] Defendant detained pending a detention hearing
- [ ] Defendant detained pending trial
- [ ] Defendant remanded to the custody of the US Marshal

**ADDITIONAL COMMENTS:**

The hearing took place via VTC with the expressed consent of the defendant following consultation with counsel.

Defendant was released on an unsecured Appearance Bond in the amount of $25,000.00 without supervision.