# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No: 4:20CR46 |
| | ) | |
| | ) | |
| PAUL PENN, | ) | |
|     Defendant. | ) | |

## CRIMINAL STATUS REPORT
## MAGISTRATE JUDGE CHRISTOPHER L. RAY

United States District Court – Southern District of Georgia
125 Bull Street
Savannah Ga, 31401

Molly Davenport, Courtroom Deputy
Office: (912-650-4035)
e-mail: molly_davenport@gas.uscourts.gov


I.     Date of Status Report Conference: _____7/9/2020_____

II.     Parties Attending

    a. Defendant

        i. Counsel: _____William Dillon_____

       ii. Does defendant have any outstanding motions? If so, does defendant request a hearing on any of them? If necessary, list the additional motions on a separate page.

           No._____
           _____
           _____
           _____

    b. For the Government:

        i. Counsel: _____Thomas Clarkson_____

        ii.    Does the Government have any outstanding motions? If so, does the Government request a hearing on any of them? If necessary, list the additional motions on a separate page.

        No._____
_____
_____
_____

III.    Are the parties prepared to proceed to trial?  If so, list three potential dates for a telephonic status conference with Judge Baker:

A plea agreement has been signed and submitted.
_____
_____
_____
_____
_____

IV.    Do the parties believe the case will result in a negotiated plea agreement and, if so, do the parties request additional time for further plea negotiations and how much time do the parties request?

Yes - no further time needed
_____
_____
_____
_____