IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) CASE NO. 4:20-CR-0046<br>) |
| PAUL PENN, | )<br>) |
| Defendant. | )<br>)<br>) |

## POST-CONVICTION CONSULTATION CERTIFICATION

COMES NOW, the Defendant, PAUL PENN ("Mr. Penn"), through the undersigned counsel, and files this Post-Conviction Consultation Certification.

Respectfully submitted, this 4th day of February, 2021.

*/S/William D. Dillon*
William D. Dillon
1600 Parkwood Cir., Suite 200
Atlanta, GA  30339
404 640-5934 (o)
770 434-7376 (f)
bdillon@taylorenglish.com
Ga Bar 222410

Counsel for Dr. Paul Penn

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA

## POST–CONVICTION CONSULTATION CERTIFICATION

**TO BE COMPLETED AND FILED BY COUNSEL:**

I, William D. Dillon, attorney for Paul Penn,

certify that I this day met with my client, Paul Penn and:

- I found him/her to be of sound mind, clear-headed, and able to comprehend all of what I advised him/her regarding his/her right to appeal from the conviction and sentence in this case.

- I have fully explained to him/her the appellate process, including that he/she

    (a) has the right to a direct appeal to the Eleventh Circuit, with assistance of counsel, free of charge, if he/she is indigent, but to exercise that right he/she

    (b) must timely file a notice of appeal and

    (c) comply with all appellate form-completion and briefing obligations;

- I have advised him/her about the advantages and disadvantages of pursuing an appeal;

- I have thoroughly inquired of him/her about his/her interest in appealing his/her conviction.

It is in that light that (check one):

_____ he/she has decided to file an appeal and thus has instructed me to file it for him/her.

__X__ he/she has decided not to file an appeal, and I have explained to him/her the consequences of failing to do so. Those consequences include the waiver of his/her right to complain about the process that led up to his/her conviction, including in the future, should he/she decide to seek any form of habeas corpus, 28 U.S.C. § 2255, or other judicial relief from the conviction.

This __4th__ day of February, 2021.

William D. Dillon
Sign: _____ signature of attorney

Witnessed:
Paul Penn
Sign: _____ signature of defendant

2

## TO BE COMPLETED BY THE DEFENDANT:

I, Paul Penn, certify that I this day met with my attorney, William D. Dillon and:

• I am of sound mind, clear-headed, and able to comprehend all of what my attorney has advised me about my right to appeal my conviction and sentence in this case;

• My attorney has fully explained to me the appellate process, including that I

    (a) have the right to a direct appeal to the Eleventh Circuit, with assistance of counsel, free of charge, if I am indigent, but to exercise that right I

    (b) must timely file a notice of appeal and

    (c) comply with all appellate form-completion and briefing obligations;

• My attorney has advised me about the advantages and disadvantages of pursuing an appeal;

• My attorney has thoroughly inquired of me about my interest in appealing my conviction.

It is in that light that (check one):

_____ I have decided to file an appeal and thus have instructed my attorney to file it for me.

__X__ I have decided not to file an appeal, and my attorney has explained to me the consequences of failing to do so. Those consequences include the waiver of my right to complain about the process that led up to my conviction, including in the future, should I decide to seek any form of habeas corpus, 28 U.S.C. § 2255, or other judicial relief from the conviction.

This __4th__ day of Feburary, 2021.

William D. Dillon
Sign: _____ signature of attorney

Witnessed:
Paul Penn, Defendant
Sign: _____ signature of defendant

# CERTIFICATE OF SERVICE

I, William Dillon, Counsel for Paul Penn, hereby certify that I have filed the within and foregoing with the Clerk of Court using the CM/ECF system which will send notification to the United States.

This 4th day of February, 2021.

                                        */S/William D. Dillon*
                                        William D. Dillon
                                        1600 Parkwood Cir., Suite 200
                                        Atlanta, GA 30339
                                        404 640-5934 (o)
                                        770 434-7376 (f)
                                        bdillon@taylorenglish.com
                                        Ga Bar 222410